.__FILED____LODGED

___RECEIVED___COPY

2013 APR -3 P 4: 10

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR 13 - 574 TUC CKJ (HCE)

1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   DAVID R. ZIPPS
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone:  520-620-7300
   Email: david.zipps@usdoj.gov
6  Attorneys for Plaintiff

7              IN THE UNITED STATES DISTRICT COURT

8                FOR THE DISTRICT OF ARIZONA

9  United States of America,          INDICTMENT
                                      Violations:
10                    Plaintiff,
                                      26 U.S.C. § 7201
11        v.                          (Tax Evasion)
                                      Count 1
12
   Van Raymond Brollini,             26 U.S.C. § 7212
13                                    (Corrupt Interference With Tax
                      Defendant.       Administration)
14                                    Count 2

15                                    26 U.S.C. § 7203
                                      (Failure to File Tax Return)
16                                    Counts 3-6

17
                                      42 U.S.C. § 408
18                                    (Use of False Social Security
                                       Number)
19                                    Count 7

20                                    **(Under Seal)**

21
          **THE GRAND JURY CHARGES:**
22
          1.      Until 2004, defendant VAN RAYMOND BROLLINI, 63, was a test
23
   engineer for National Semiconductor Corporation.  At that time, he resigned his position
24
   to form his own company, Analog Test Consultants, where he has performed engineering
25
   consulting work as an independent contractor.
26
          2.      Since at least 2003, BROLLINI has not been in compliance with his federal
27
   tax obligations.  With the exception of two years, he has failed to file an individual
28
   income tax return.  In the two years he did file (for years 2003 and 2004), BROLLINI

1   reported having no income at all when, in fact, he had six-figure incomes in each of those

2   years.

3           3.     As a result of BROLLINI's failure to file in 2002 and his false filings in

4   2003 and 2004, the Internal Revenue Service ("IRS") issued him notices that his

5   payments were deficient by at least $186,000.  BROLLINI ignored these notices and set

6   out on a concerted endeavor to evade payment of taxes and to attempt to intimidate the

7   IRS employees assigned to collect the taxes owed.

8   **Count 1**

9           4.     From on or about April 15, 2003 to on or about April 5, 2008, at or near

10  Tucson, in the District of Arizona, defendant VAN RAYMOND BROLLINI, did

11  willfully attempt to evade and defeat the payment of a large part of the income tax due

12  and owing by him to the United States of America for the calendar years 2002, 2003, and

13  2004, in the amount of at least $186,000 by engaging in the following acts:

14

15  a)      employing the services of a "warehouse bank," which pools client funds and pays their bills in a manner that conceals the client's ownership of

16  the funds, so as to avoid the reporting of financial information to the IRS;

17  b)      disguising his ownership of an asset in at least one instance by registering his vehicle in the name of "Nonche Nelle Holding Trust,

18  Renee Larue Jackson Trustee" so as to conceal and attempt to conceal from the IRS the nature, extent, and location of his assets.

19

20  c)      cashing approximately $500,000 in checks (consisting largely of payments to his consulting company for work he performed) at a Tucson

21  check cashing company, incurring $10,000 in check cashing fees in the process; using a false Social Security Number while cashing checks; and

22  stock-piling money orders in increments such as $500 to be used to pay bills in greater amounts, all so as to conceal and attempt to conceal from

23  the IRS the nature, extent, and location of his assets.

24  In violation of Title 26, United States Code, Section 7201.

25

26

27  *U.S. v. Brollini*

28  *Indictment Page 2 of 6*

## Count 2

5.      From on or about April 15, 2003 to on or about April 6, 2012, at or near Tucson, in the District of Arizona, defendant VAN RAYMOND BROLLINI did corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by

   a)   employing the services of a "warehouse bank," which pools client funds and pays their bills in a manner that conceals the client's ownership of the funds, so as to avoid the reporting of financial information to the IRS;

   b)   disguising his ownership of an asset in at least one instance by registering his truck in the name of "Nonche Nelle Holding Trust, Renee Larue Jackson Trustee" so as to conceal and attempt to conceal from the IRS the nature, extent, and location of his assets.

   c)   cashing approximately $500,000 in checks (consisting largely of payments to his consulting company for work he performed) at a Tucson check cashing company, incurring $10,000 in check cashing fees in the process; using a false Social Security Number while cashing checks; and stock-piling money orders in increments such as $500 to be used to pay bills in greater amounts, all so as to conceal and attempt to conceal from the IRS the nature, extent, and location of his assets.

   d)   filing documents in Yavapai County, Arizona purporting to renounce his United States citizenship.

   e)   filing a civil lawsuit in 2009 against the IRS Revenue Officer assigned to collect his delinquent taxes.

   f)   making a $7 million "payment" to the IRS by means of three fraudulent checks.

In violation of Title 26, United States Code, Section 7212(a).

## Count 3

6.      On or about April 15, 2007, at or near Tucson, in the District of Arizona, defendant VAN RAYMOND BROLLINI, did willfully fail to make an income tax return despite having received gross income of approximately $169,000 during 2006, and by reason of such gross income, being required by law, following the close of the calendar

1  year 2006 and on or before April 15, 2007, to make an income tax return to an

2  appropriate Internal Revenue Service Center, to a person assigned to receive returns at

3  the local office of the Internal Revenue Service at Tucson, Arizona, or to another Internal

4  Revenue Service office permitted by the Commissioner of Internal Revenue, stating

5  specifically the items of his gross income and any deductions and credits to which he was

6  entitled.

7  In violation of Title 26, United States Code, Section 7203.

8  **Count 4**

9        7.     On or about April 15, 2008, at or near Tucson, in the District of Arizona,

10  defendant VAN RAYMOND BROLLINI, did willfully fail to make an income tax return

11  despite having received gross income of approximately $225,000 during 2007, and by

12  reason of such gross income, being required by law, following the close of the calendar

13  year 2007 and on or before April 15, 2008, to make an income tax return to an

14  appropriate Internal Revenue Service Center, to a person assigned to receive returns at

15  the local office of the Internal Revenue Service at Tucson, Arizona, or to another Internal

16  Revenue Service office permitted by the Commissioner of Internal Revenue, stating

17  specifically the items of his gross income and any deductions and credits to which he was

18  entitled.

19  In violation of Title 26, United States Code, Section 7203.

20  **Count 5**

21       On or about April 15, 2009, at or near Tucson, in the District of Arizona,

22  defendant VAN RAYMOND BROLLINI, did willfully fail to make an income tax return

23  despite having received gross income of approximately $166,000 during 2008, and by

24  reason of such gross income, being required by law, following the close of the calendar

25  year 2008 and on or before April 15, 2009, to make an income tax return to the

26  appropriate Internal Revenue Service Center, to a person assigned to receive returns at

27

28  *U.S. v. Brollini*
*Indictment Page 4 of 6*

the local office of the Internal Revenue Service at Tucson, Arizona, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

In violation of Title 26, United States Code, Section 7203.

## Count 6

On or about April 15, 2010, at or near Tucson, in the District of Arizona, defendant VAN RAYMOND BROLLINI, did willfully fail to make an income tax return despite having received gross income of approximately $71,000 during 2009, and by reason of such gross income, being required by law, following the close of the calendar year 2009 and on or before April 15, 2010, to make an income tax return to an appropriate Internal Revenue Service Center, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tucson, Arizona, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

In violation of Title 26, United States Code, Section 7203.

## Count 7

On or about April 5, 2008, at or near Tucson, in the District of Arizona, defendant VAN RAYMOND BROLLINI, for the purpose of concealing and attempting to conceal from the Internal Revenue Service the nature, extent, and location of his assets, knowingly, willfully and with the intent to deceive, falsely and fraudulently represented

/ / /

1   his Social Security Number to be xxx-xx-8957 when in fact his social security number is

2   xxx-xx-1276.

3   In violation of Title 42, United States Code, Section 408(a)(7)(B).

4                                          A TRUE BILL

5                                          /S/

6                                          Presiding Juror

7   JOHN S. LEONARDO
    United States Attorney
8   District of Arizona                                        APR 0 3 2013

9       /s/

10  Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    *U.S. v. Brollini*
28  *Indictment Page 6 of 6*